**Lloyd Bernstein, OSB #002030**
Lloyd.Bernstein@wilsonelser.com
**Kirsten Curtis, OSB #113638**
Kirsten.Curtis@wilsonelser.com
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030
Facsimile: 971.352.3019

*Attorneys for Defendant Ohio Casualty Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TDR PORTLAND PROPERTY, LLC, a Delaware limited liability company; CASTLE TIRE DISPOSAL, LLC, an Oregon limited liability company; and CASTLE ARDEN 1, LLC, an Oregon limited liability company,<br><br>        Plaintiffs,<br><br> v.<br><br>OHIO CASULATY INSURANCE COMPANY, a New Hampshire corporation,<br><br>        Defendant. | Civil No.: 3:26-cv-00033<br><br>**NOTICE OF REMOVAL**<br><br>**JURY DEMAND** |

  **TO: CLERK OF THE COURT**

  PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441(b), and

28 U.S.C. § 1446, Defendant Ohio Casualty Insurance Company ("Ohio Casualty") files its

Page 1 – NOTICE OF REMOVAL        **Wilson Elser Moskowitz Edelman & Dicker LLP**
                                 805 SW Broadway, Suite 2460
                                 Portland, Oregon 97205
                                Telephone: 971.352.3026 • Fax 971.352.3019

Notice of Removal on the following grounds:

## THE REMOVAL ACTION

1. Plaintiffs TDR Portland Properties LLC, Castle Tire LLC, and Castle Arden 1, LLC ("Plaintiffs"), filed this action in the Circuit Court for the State of Oregon for the County of Multnomah as Case No. 25CV65364 on December 10, 2025.

2. Defendant Ohio Casualty was served with the Complaint on December 15, 2025.

3. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders received by Ohio Casualty are attached to this Notice of Removal as **Exhibit A**. No other pleadings or orders have been received by or served upon State Farm in the underlying case.

## REMOVAL IS TIMELY

4. The timing requirements outlined in 28 U.S.C. § 1446(b) are satisfied because this Notice of Removal is filed within 30 days of service upon Ohio Casualty of the initial pleading setting forth Plaintiffs' claims for relief.

## VENUE IN THIS COURT IS PROPER

5. The Circuit Court for the State of Oregon for the County of Multnomah is located within the Portland Division of the District of Oregon. Venue for this removed action is proper in the District of Oregon—Portland Division under 28 U.S.C. § 1441(a), 28 U.S.C. § 117, and LR 3-2(a)(3)—as this Notice of Removal is filed in the district and division where the removed state court action is currently pending.

/ / /

/ / /

Page 2 – NOTICE OF REMOVAL

## THIS COURT HAS JURISDICTION OVER THE
## REMOVED ACTION

6.   At all times pertinent in this action, Plaintiffs either owned or rented the building located at 900 N. Thunderbird Way, Portland Oregon, 97227 ("the Property") in Multnomah County, Oregon. On information and belief, at all pertinent times for purposes of this removal, each Plaintiff conducted business in the State of Oregon.

7.   At the time Plaintiffs commenced this action, and at the time of this Notice of Removal, Defendant Ohio Casualty is a company organized under the laws of the State of New Hampshire and its principal place of business is located in Boston, Massachusetts.

8.   Plaintiffs' Complaint seeks damages no less than $7,000,000.00 exclusive of interest and costs.

9.   Because Plaintiffs and Defendant Ohio Casualty are businesses with principal place of business in different states and the amount in controversy (exclusive of interest and costs) exceeds $75,000, this Court has jurisdiction based on diversity of citizenship pursuant to 28 U.S.C. § 1332.

/ / /

/ / /

/ / /

Page 3 – NOTICE OF REMOVAL

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019

**FILING OF REMOVAL PAPERS**

Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for Plaintiffs, and a copy is being filed with the clerk of the Circuit Court of the State of Oregon for the County of Multnomah.

Wherefore, Defendant Ohio Casualty removes this civil action from the Circuit Court of the State of Oregon for the County of Multnomah and requests that all further proceedings be conducted in this Court.

DATED: January 7, 2026

        WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

        By:  */s/ Kirsten Curtis*
            Lloyd Bernstein, OSB #002030
            Lloyd.Bernstein@wilsonelser.com
            Kirsten Curtis, OSB #113638
            Kirsten.Curtis@wilsonelser.com

        *Attorneys for Defendant*

Page 4 – NOTICE OF REMOVAL

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3026 • Fax 971.352.3019